# STATE OF MICHIGAN

# COURT OF APPEALS

BERNARD C. SWARTZ DECLARATION OF
TRUST DATED FEBRUARY 25, 2009,

UNPUBLISHED
February 20, 2018

Plaintiff-Appellant,

v

No. 335470
Otsego Circuit Court
LC No. 14-015457-CH

KATHLEEN L. MORRISON TRUST,

Defendant-Appellee.

Before: MURPHY, P.J., and O'CONNELL and K. F. KELLY, JJ.

MURPHY, P.J. (*concurring*).

I concur in result only.

/s/ William B. Murphy

-1-